> **Motion DENIED.**
>
> This the 23rd day of December, 20 15.
>
> /s/Louise W. Flanagan, U.S. District Judge

FILED
NOV 30 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

NOVEMBER 23, 2015  5:13cr311-3FL

- Honorable Judge Flanagan
  United States District Court
  for the Eastern District of North Carolina

RE: United States v. Shanturia Guion

Dear Honorable Judge Flanagan:

I write to respectfully request your recommendation for maximum halfway house placement.

1. I was sentenced by Your Honor on September 2, 2014 to a term of 32 months. Each inmate is considered for halfway house placement under the Second Chance Act based upon the criteria that shall be considered is: "... any statement by the Court that imposed the sentence ... recommending any type of penal or correctional facility as appropriate ..."

My Unit Team will consider any recommendation from Your Honor as they determine the appropiate length of my halfway house placement.

I respectfully request that Your Honor recommend 8 months of halfway house